UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FEDERAL TRADE COMMISSION,
    Plaintiff,

v.

    Case No.  1:13mc50
    (Weber, J.; Litkovitz, M.J.)

A+ FINANCIAL CENTER, LLC,
    Defendant.

### ORDER

On October 4, 2013, the Court ordered that this matter be stayed due to Federal Trade Commission (FTC's) motion for continuance due to United States government cessation. (Doc. 14). (FTC) has filed a notice of resumption of United States government operations. (Doc. 17). Therefore, **it is hereby ORDERED** that the stay of proceedings be vacated, and this matter shall be resumed upon the Court's active docket.

10/21/13
DATE

KAREN L. LITKOVITZ
United States Magistrate Judge

bac    October 21, 2013